# United States Court of Appeals for the Federal Circuit

---

November 5, 2013

**ERRATA**

---

Appeal No. 2012-1655,-1656

**INSITUFORM TECHNOLOGIES, INC.
AND INA ACQUISITION CORP.,**
*Plaintiffs-Appellees,*

**v.**

**AMERIK SUPPLIES, INC. (formerly known as BJR
Trading U.S.A., Inc.)
AND ERIK NIELSEN,**
*Defendants/Third Party Plaintiffs- Appellees,*

**v.**

**COSMIC-SONDERMASCHINENBAU GMBH,**
*Third Party Defendant-Appellant.*

Decided: September 23, 2013
Nonprecedential Opinion

---

Please make the following change:

Page 1, change "Northern District of Illinois" to "Northern District of Georgia".